IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVE SOSNOWSKI, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 24-CV-2420 |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION, | ) ) ) ) | Judge Elaine E. Bucklo |
| *Defendant*. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Notice of Voluntary Dismissal With Prejudice. According to Rule 41(a)(1)(A)(ii), an action may be dismissed by stipulation of all parties who have appeared without a court order. Accordingly, Plaintiff and Defendant voluntarily dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), each party to bear its own fees and costs.

*For Plaintiff:*

/s/ Julie Herrera
Law Office of Julie O. Herrera
159 N. Sangamon St., Ste. 200
Chicago, IL 60607
Telephone: (312) 479-3014
Fax: (708) 843-5802
jherrera@julieherreralaw.com

Date: 8/20/24

*Attorney for Defendant:*

/s/ Heather A. Bailey
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3266
Fax: (312) 997-1710
hbailey@amundsendavislaw.com