# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dave Sosnowski

        Plaintiff,

v.

Advocate Health and Hospitals Corporation

        Defendant.

Case No.: 1:24−cv−02420
Honorable Elaine E. Bucklo

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

    MINUTE entry before the Honorable Elaine E. Bucklo: A joint stipulation of dismissal has been filed. This case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.